# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO L. GUZMAN, | ) | 1:11cv0372 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) | PROCEED IN FORMA PAUPERIS |
| | ) | |
| v. | ) | (Document 2) |
| | ) | |
| BANK OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Fernando L. Guzman ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on March 3, 2011, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated: **March 9, 2011**         /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1